UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   **CV 08-2278-SGL(JTL)**                              Date   **June 10, 2008**

Title   **KENTHA McDOWELL V. DEBRA DEXTER**

Present: The Honorable   Jennifer T. Lum, United States Magistrate Judge

| ShaRon Anthony | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

    None Present                                         None Present

Proceedings:   (In Chambers) Order Granting Petitioner's Motion to Amend or Change Petition

On June 9, 2008, Petitioner filed a Motion to Amend or Change Petition, stating that he had inadvertently omitted certain pages and changes in the Petition for Writ of Habeas Corpus filed April 7, 2008. Pursuant to Federal Rules of Civil Procedure 15(a)(1), Petitioner is entitled to amend his pleading once as a matter of course. Accordingly, Petitioner's Motion to Amend is GRANTED. Although Petitioner included the amended page in his motion, Petitioner is ORDERED to file a new First Amended Petition for Writ of Habeas Corpus reflecting his changes no later than fourteen (14) days from the date of this Order. The clerk will enclose herewith a blank habeas petition form for Petitioner.

Respondent was served with Petitioner's Motion to Amend and his inadvertently omitted page. Respondent's Answer to the amended petition is due July 24, 2008, or, alternatively, a Motion to Dismiss is due July 9, 2008.

cc: Parties

                                                                            :
                                                    Initials of Deputy Clerk         sa