# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY CHAVEZ, | Case No. EDCV 08-0125-SJO (JTL) |
| Plaintiff, | ORDER TO SHOW CAUSE REGARDING DISMISSAL OF COMPLAINT |
| v. | |
| SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

On February 6, 2008, Michael Anthony Chavez ("plaintiff"), proceeding pro se and in forma pauperis, filed a complaint pursuant to 42 U.S.C. Section 1983 ("Complaint"). In accordance with the terms of the "Prison Litigation Reform Act of 1995 "PLRA"), the Court has screened the Complaint before ordering service to determine whether the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915A; 42 U.S.C. § 1997e(c)(1). The Court then dismissed plaintiff's complaint with leave to amend on February 27, 2008. In its Order, the Court advised plaintiff that if he chose to pursue this action, he should file his First Amended Complaint within thirty (30) days. (See February 27, 2008 Order at 7). On March 31, 2008, the Court sua sponte, extended the time for plaintiff to file his First Amended Complaint to April 15, 2008. The Court advised plaintiff that failure to file an

amended complaint would result in a recommendation that this matter be dismissed for failure to prosecute. (See March 31, 2008 Order). Thereafter, on April 16, 2008, plaintiff filed a Request for a thirty (30) day extension of time to file a First Amended Complaint. The Court granted plaintiff's request and advised plaintiff that the First Amended Complaint was due April 30, 2008 and that failure to file the First Amended Complaint may result in the complaint being dismissed for failure to prosecute. (See April 16, 2008 Order). To date, plaintiff has not filed a First Amended Complaint or requested an additional extension of time to file an amended complaint.

Plaintiff's failure to file an amended complaint or other response to the Court's orders evidences a lack of prosecution on the part of plaintiff. The Court has inherent power to achieve the orderly and expeditious disposition of cases dismissing actions for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

Therefore, plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for failure to prosecute. Plaintiff may file a written response to the Order to Show Cause, or file a First Amended Complaint, within twenty-one (21) days of the date of this Order. In the event plaintiff fails to respond to this Order to Show Cause, the Court will recommend that the matter be dismissed for failure to prosecute.

DATED: June 10, 2008

                                          /s/  
                                 JENNIFER T. LUM  
                                 UNITED STATES MAGISTRATE JUDGE