1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15   KENTHA McDOWELL,            ) CV 08-2278-SGL (JTL)
                                 )
16                               ) ORDER ADOPTING REPORT AND
                                 ) RECOMMENDATION OF UNITED
17              Petitioner,      ) STATES MAGISTRATE JUDGE
                                 )
18                               )
        v.                       )
19                               )
     DEBRA DEXTER, Warden,       )
20                               )
                Respondent.      )
21   _____)

22       Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the First
23   Amended Petition for Writ of Habeas Corpus, all of the records and files herein,
24   and the Report and Recommendation of the United States Magistrate Judge.
25   Except for the erroneous determination that the jury would have found that
26   petitioner's discharge from parole less than a year before his current robbery to
27   constitute an aggravated factor for sentencing purposes (see Report and
28   Recommendation at 24), the Court concurs with and adopts the findings,

                                        1

conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice.

DATED: 10-1-09

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE