# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KENTHA McDOWELL,<br><br>　　　　　Petitioner,<br>v.<br>DEBRA DEXTER, Warden,<br>　　　　　Respondent. | CV 08-2278-SGL (JTL)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 10-6-09

　　　　　　　　　　　　　　　　/s/ S. G. Larson
　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1